MINUTE ENTRY
MARCH 3, 2020
DOUGLAS, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-40 |
| IRAN HONORE | SECTION: MAG |

### INITIAL APPEARANCE

APPEARANCES:  X   DEFENDANT WITH/~~WITHOUT~~ COUNSEL  _____

_____

X   ASSISTANT U.S. ATTORNEY   INGA PETROVICH _____
___ INTERPRETER _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE SUPERSEDING INDICTMENT FROM NORTHERN DISTRICT OF OHIO WAS:
     READ   WAIVED   (SUMMARIZED)

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 06

__/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/(REMOVAL HEARING/)
ARRAIGNMENT IS SET FOR   March 4, 2020 at 2 pm

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
   March 17, 2020 at 2 pm

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/(REMOVAL HEARING)/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____